NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**DARRELL GREENLAND,**
*Plaintiff-Appellee*

v.

**HARBOR FREIGHT TOOLS USA, INC.,**
*Defendant-Appellant*

2015-1940

Appeal from the United States District Court for the Central District of California in No. 2:14-cv-05867-RGK-E, Judge R. Gary Klausner.

**ON MOTION**

**O R D E R**

Upon consideration of Darrell Greenland's unopposed motion to stay proceedings pending final disposition of the appeal in *Greenland v. Harbor Freight Tools USA, Inc.*, No. 2015-1761,

IT IS ORDERED THAT:

(1) The motion is granted. The briefing schedule is stayed.

(2)  2015-1761 and 2015-1940 will no longer be considered companion cases.

(3)  The parties are directed to advise the court in this appeal within 14 days from the date of the court's decision in No. 2015-1761 concerning how they believe this appeal should proceed.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26